AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

CHAD GOETTERMAN, and ANDREW LYLES and KOHCHISE JACKSON, as Assignees of the claims of Dr. Keith Papendick, M.D.,

*Plaintiff(s)*

v.

YITZCHOK LEFKOWITZ, DAVID GEFNER, ABRAHAM GOLDBERGER, SARA TIRSCHWELL, YERMIAH LEITNER, ZALMAN SCHAPIRO, JEFFREY SCOTT KING, PERIGROVE 1018 LLC, and JOEL LANDAU,

*Defendant(s)*

Civil Action No. ________________

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **Joel Landau**

**311 Wallabout Street, Unit 313**
**Brooklyn, NY 11206**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elena L. Cohen, Esq.
1639 Centre St., Suite 216
Ridgewood, NY 11385
(929) 888-9650
elenacohenesq@gmail.com

Ian T. Cross (pro hac vice forthcoming)
Cross Law PLLC
402 W Liberty St.
Ann Arbor, MI 48103
(734) 994-9590 | ian@lawinannarbor.com

Jonathan R. Marko (pro hac vice forthcoming)
Marko Law, PLLC
220 W. Congress, Fourth Floor
Detroit, MI 48226
(313) 777-7777 | jon@markolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Tammi M. Hellwig

Date: 10/27/2026

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

Civil Action No. ____________________

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________________ .

☐ I personally served the summons on the individual at (place) ____________________
on (date) ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
____________________
, a person of suitable age and discretion who resides there,
on (date) , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) ____________________
, who is
designated by law to accept service of process on behalf of (name of organization)
____________________
on (date) ; or

☐ I returned the summons unexecuted because ____________________
; or

☐ Other (specify): ____________________
____________________

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: